Harry A. Bigelow, appellant, v. Samuel N. Becker and Julia A. Becker, appellees.  Gen. No. 40,388.

Opinion filed January 16, 1939.

Rosenthal, Hamill, Eldridge & King, for appellant; Willard L. King and Newell A. Clapp, of counsel.  Taylor, Miller, Busch & Boyden, for appellees; Orville J. Taylor and Charles R. Sprowl, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Edward Hines Lumber Company et al., appellees, v. John L. Manta, appellant.  Gen. No. 39,571.

Opinion filed January 19, 1939.  Rehearing denied February 6, 1939.

Thurston R. Lundeberg, for appellant.  Blum & Jacobson and Edward M. Keating, for appellees; Albert M. Blum and Edward M. Keating, of counsel.

Mr. Presiding Justice Burke delivered the opinion of the court.

Thomas E. Tallmadge and Vernon S. Watson, trading as Tallmadge & Watson, appellees, v. Joseph Beuttas, appellant.  Gen. No. 39,588.

Opinion filed February 1, 1939.

Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Jesse H. Brown and Abraham Fishman, of counsel.  Thomas B. Brown, for appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

Joseph F. Ryan and H. Edward Linden, appellees, v. William S. Barbee and Frank B. Pratt, defendants.  Appeal of Frank B. Pratt, appellant.  Gen. No. 40,255.

Opinion filed February 1, 1939.

Anson H. Brown, for appellant; A. J. W. Appell, of counsel.  Robert W. Dunn, for appellees; Edwin A. Lotko, of counsel.

Mr. Justice Hebel delivered the opinion of the court.